# In the United States Court of Federal Claims

No. 23-964C
(Filed: September 5, 2023)
**NOT FOR PUBLICATION**

```
*****************************************
JAMIE BURKE,                             *
                                         *
              Plaintiff,                 *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
              Defendant.                 *
                                         *
*****************************************
```

## ORDER

Ms. Jamie Burke, proceeding *pro se*, filed this civil action against the United States of America. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees—a $350.00 filing fee plus a $52.00 administrative fee—or request authorization to proceed without prepayment of fees by submitting a signed application to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. §§ 1914, 1915.

Ms. Burke submitted her complaint without the filing fees or a completed IFP application. In an order dated July 25, 2023, this Court ordered Ms. Burke to either pay the $402.00 in required fees or submit an IFP application within thirty days. *See* Order (ECF 7). To date, Ms. Burke has failed to comply with this Court's previous order.

This Court may dismiss a case for failure to prosecute when the plaintiff "fails … to comply with these rules or a court order." RCFC 41(b). Here, Plaintiff's failure to comply with an order directing her to pay the filing fee or establish grounds for proceeding *in forma pauperis* justifies dismissal. *See, e.g.*, *Bryant v. United States*, 618 F. App'x 683, 686 (Fed. Cir. 2015) ("If a party fails to pay the requisite filing fee, despite adequate notice and ample opportunity to do so, the Claims Court acts within its discretion when it dismisses the action."). As a result, this action is dismissed without prejudice for failure to prosecute under Rule 41 of the Rules of the United States Court of Federal Claims.

- 2 -

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz  
STEPHEN S. SCHWARTZ  
Judge